UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UIH TECHNOLOGIES LLC,

                Plaintiff,           21-cv-3429 (PKC)

    -against-

                                  ORDER

KUEHNE + NAGEL INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Due to the initial pre-trial conferences in this matter held on June 14, 2021 and July 19, 2021, the Clerk is directed to terminate the following motions (Docs 15, 17 and 20).

      SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         July 19, 2021