UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UIH TECHNOLOGIES LLC,

                     Plaintiff,                     21-cv-3429 (PKC)

      -against-                                ORDER

 KUEHNE +NAGEL INC.,

    Defendant and Third-Party Plaintiff,

      -against-

LANDSTAR RANGER, INC.

        Third-Party Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The discovery that is the subject of applications in the Southern District of Texas and the Western District of Kentucky and referenced in Landstar's letter of July 22, 2022 may be conducted past the July 29, 2022 discovery cut-off, provided that it is concluded by September 6, 2022.

       Pre-motion letters, if any, remain due by August 12, 2022 and may be supplemented by September 7, 2022, 5 p.m. for post-August 12 developments only.  The Conference remains scheduled for September 8, 2022 at 3 pm in Courtroom 11D.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 28, 2022